THE EDISON GENERAL ELECTRIC Co., Respondent, *v.* SYLVESTER H. KNEELAND, Appellant.

APPEAL from a judgment in favor of plaintiff.

*A. Prentice,* for appellant.

*Charles O. Brewster,* for respondent.

*Per Curiam.* Judgment appealed from affirmed, with costs.

Present: NEWBURGER, CONLAN and FITZSIMONS, JJ. Judgment affirmed, with costs.

---

JULIUS FREUDENHEIM et al., Appellants, *v.* JULIA RADUZINER, Respondent.

APPEAL from a judgment entered upon a verdict by direction of the court.

*Edward Clark,* for appellants.

*A. H. Berrick,* for respondent.

CONLAN, J. This is an appeal from a judgment entered upon a verdict by direction of the court and from an order denying a motion for a new trial.

Judgment affirmed on former opinion of this court. See *Freudenheim* v. *Raduziner,* 10 Misc. Rep. 500; 31 N. Y. Supp. 194.

FITZSIMONS and NEWBURGER, JJ., concur. Judgment affirmed.